■ FEDERAL INSURANCE COMPANY, Appellant, v ELRAC, INC., Respondent. [691 NYS2d 115] —In an action for a judgment declaring that the defendant is required to provide a defense and primary insurance coverage to the plaintiff's insured, the plaintiff appeals from a judgment of the Supreme Court, Nassau County (DeMaro, J.), dated September 26, 1997, which declared that the defendant was not required to provide a defense and primary insurance coverage to the plaintiff's insured.

Ordered that the judgment is affirmed, with costs.

The plaintiff's insured (hereinafter the lessee) entered into a rental agreement with the defendant lessor which provided that the lessee would indemnify the lessor for all claims arising out of the use of a rental vehicle. In this action, the plaintiff sought a judgment declaring that, despite the existence of the indemnification clauses of the rental agreement, the defendant was required to provide a defense and primary insurance coverage to the lessee in an action which was brought against the lessee to recover damages for negligence arising from a motor vehicle accident which occurred while the lessee operated the rental vehicle.

Under the rental agreement, the defendant is not obligated to provide a defense or primary insurance coverage to the lessee. This Court has previously found the same rental agreement to be valid and has enforced the contractual indemnification provisions contained therein (*see, ELRAC, Inc. v Beckford,* 250 AD2d 725; *ELRAC, Inc. v Rudel,* 233 AD2d 417). Friedmann, J. P., Krausman, McGinity and Feuerstein, JJ., concur.